UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAKEYTA JONES, *on behalf of*, M.B., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 4:04CV1504 RWS ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the memorandum and order entered this same date.

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that, pursuant to sentence-four of 42 U.S.C. § 405(g), the decision of the Administrative Law Judge is **REVERSED** and the case is **REMANDED** for further proceedings in accordance with the Report and Recommendation.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of February, 2006.